```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
U.S. BANK NATIONAL ASSOCIATION, AS                                     :
TRUSTEE FOR THE REGISTERED HOLDERS OF                                  :
WELLS FARGO COMMERCIAL MORTGAGE                                        :
SECURITIES, INC., MULTIFAMILY MORTGAGE                                 :   25-CV-6969 (JMF)
PASS-THROUGH CERTIFICATES, SERIES 2015-K46,                            :
                                                                       :        ORDER
                              Plaintiff,                               :
                                                                       :
                   -v-                                                 :
                                                                       :
318 EAST ASSOCIATES, LLC, et al.,                                      :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

On August 22, 2025, Plaintiff sought an Order to Show Cause why it should not be granted an Order appointing Matthew D. Mason of Hilco as Receiver over certain assets designated in Plaintiff's motion papers. ECF Nos. 4, 8.

No later than **August 27, 2025**, Plaintiff shall serve Defendants' counsel, Kenny G. Oh of Jacobs P.C. with its Complaint, Proposed Order to Show Cause, Memorandum of Law, and all supporting papers at both 717 Fifth Avenue, 17th Floor, New York, NY 10022, and by electronic mail at kenny@jacobspc.com and shall file proof of such service.

Defendants shall file any opposition to Plaintiff's memorandum no later than **September 5, 2025**. Plaintiff's reply, if any, shall be filed no later than **September 10, 2025**.

Unless and until the Court orders otherwise, counsel for all parties appear for a conference with the Court on **September 18, 2025**, at **3:00 p.m.**, to discuss the matters addressed in Plaintiff's proposed Order to Show Cause. The conference will be held remotely by telephone

in accordance with Rule 3.B of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman.  The parties should join the conference by calling the Court's dedicated conference line at (855) 244-8681 and using access code 2303 019 3884, followed by the pound (#) key.  When prompted for an attendee ID number, press the pound (#) key again.  Counsel should review and comply with the rules regarding teleconferences in the Court's Individual Rules and Practices in Civil Cases, including Rule 3(B)(i), which requires the parties, no later than 24 hours before the conference, to send a joint email to the Court with the names and honorifics (e.g., Mr., Ms., Dr., etc.) of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

SO ORDERED.

Dated: August 25, 2025
      New York, New York

_____
JESSE M. FURMAN
United States District Judge