UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
U.S. BANK NATIONAL
ASSOCIATION, AS TRUSTEE FOR
THE REGISTERED HOLDERS OF
WELLS FARGO COMMERCIAL
MORTGAGE SECURITIES, INC.,
MULTIFAMILY MORTGAGE PASS-
THROUGH CERTIFICATES, SERIES
2015-K46,

                              Plaintiff,                        25 Civ. No. 6969 (JMF)

           -against-                        **PRE-SETTLEMENT
                                                     CONFERENCE ORDER**

318 EAST ASSOCIATES, LLC, *et al.,*

                              Defendants.
-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Pre-Settlement Conference Call on **Wednesday, November 12, 2025 at 11:30 a.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. Counsel are directed to join the conference via Microsoft Teams at the scheduled time. **Please dial (646) 453-4442, Access Code: 677 439 125#.** Prior to the call, counsel are directed to confer with each other and their clients so that, during the call, they can propose three mutually convenient dates for a Settlement Conference.

      **SO ORDERED.**

DATED:    New York, New York
                October 17, 2025

                                                                      _____
                                                                      The Honorable Gary Stein
                                                                      United States Magistrate Judge