UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

U.S. BANK NATIONAL ASSOCIATION, AS
TRUSTEE FOR THE REGISTERED HOLDERS OF
WELLS FARGO COMMERCIAL MORTGAGE
SECURITIES, INC., MULTIFAMILY MORTGAGE
PASS-THROUGH CERTIFICATES, SERIES 2015-K46

                Plaintiff,

    -v-

318 EAST ASSOCIATES, LLC, et al,

                Defendants.
------------------------------------------------------------------X

25-CV-6969 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

      On August 26, 2025, Defendants 318 East Associates, LLC and David Amirian waived formal service of process, and the waiver was filed with the Court. *See* ECF No. 16-17. To date, Defendants have not filed responsive papers in this action, which were due no later than October 27, 2025. *See* ECF No. 16-17. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **November 4, 2025.** If Defendants fail to file responsive papers (or to otherwise seek an extension) by that deadline, the Court may deem them to be in default.

      Plaintiff shall serve a copy of this Order on all parties who have not yet appeared and enter proof of service on ECF.

      SO ORDERED.

Dated: October 28, 2025
       New York, New York

                                                        JESSE M. FURMAN
                                                   United States District Judge