UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
U.S. BANK NATIONAL ASSOCIATION, AS :
TRUSTEE FOR THE REGISTERED HOLDERS OF :
WELLS FARGO COMMERCIAL MORTGAGE :
SECURITIES, INC., MULTIFAMILY MORTGAGE : 25-CV-6969 (JMF)
PASS-THROUGH CERTIFICATES, SERIES 2015-K46, :
: ORDER
Plaintiff, :
:
-v- :
:
318 EAST ASSOCIATES, LLC et al, :
:
Defendants. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On November 11, 2025, ECF No. 33, the Court rescheduled the initial pretrial conference in this case for November 21, 2025 at 12:00 p.m.  As it turns out, the Court will be closed on Friday.  Accordingly, the conference is hereby RESCHEDULED for **November 20, 2025 at 10:00 a.m.**  The call-in information remains the same.  Plaintiff shall serve a copy of this Order on all parties who have not yet appeared and enter proof of service on ECF.

      SO ORDERED.

Dated: November 18, 2025
       New York, New York
                                             JESSE M. FURMAN
                                       United States District Judge