UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
U.S. BANK NATIONAL ASSOCIATION, AS :
TRUSTEE FOR THE REGISTERED HOLDERS OF :
WELLS FARGO COMMERCIAL MORTGAGE :
SECURITIES, INC., MULTIFAMILY MORTGAGE : 25-CV-6969 (JMF)
PASS-THROUGH CERTIFICATES, SERIES 2015-K46, :
: ORDER
Plaintiff, :
:
-v- :
:
318 EAST ASSOCIATES, LLC, et al, :
:
Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

As stated on the record during the teleconference held on November 20, 2025:

- Plaintiff shall file any motion for alternative service on Defendant Eric Brody **no later than November 26, 2025.** Any opposition shall be filed **no later than December 5, 2025.** No reply may be filed absent prior leave of Court.

- Plaintiff shall serve its motion papers as well as a copy of this Order — **and the Case Management Plan and Scheduling Order dated today** — on Defendant Brody via all of the alternative means through which it seeks to serve the summons and Complaint and file proof of such service on ECF **no later than November 27, 2025.**

SO ORDERED.

Dated: November 21, 2025
       New York, New York
                                          _____
                                          JESSE M. FURMAN
                                          United States District Judge