UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                      :
U.S. BANK NATIONAL ASSOCIATION, AS                                    :
TRUSTEE FOR THE REGISTERED HOLDERS OF                                 :
WELLS FARGO COMMERCIAL MORTGAGE                                       :          25-CV-6969 (JMF)
SECURITIES, INC., MULTIFAMILY MORTGAGE                                :
PASS-THROUGH CERTIFICATES, SERIES 2015-K46,                           :
                                                                      :
              Plaintiff,                                              :          ORDER SCHEDULING
                                                                      :          DEFAULT JUDGMENT
       -v-                                                            :          BRIEFING
                                                                      :
318 EAST ASSOCIATES, LLC et al,                                       :
                                                                      :
              Defendants.                                             :
                                                                      :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On **March 26, 2026**, Plaintiff filed a motion, pursuant to Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2(b), for a default judgment against Defendant Eric Brody on the first three counts of the Complaint.  *See* ECF No. 66, 70.

      It is hereby ORDERED that Defendant Brody shall file any opposition to the motion for default judgment by **April 27, 2026** (the deadline for the other Defendants to file any opposition to Plaintiff's motion for summary judgment); any reply shall be filed (in the form of a single, consolidated filing with any reply in support of the motion for summary judgment) by **May 11, 2026**.  By subsequent Order, the Court may schedule a show cause hearing.

      It is further ORDERED that Plaintiff serve Defendant Brody with (1) a copy of this Order and (2) the motion for default judgment and all supporting papers (unless already served) via overnight courier **within one business day of the date of this Order** and file proof of such service on ECF within **two business days of the date of this Order.**

      SO ORDERED.

Dated:  March 30, 2026
       New York, New York

_____
JESSE M. FURMAN
United States District Judge