

April 23, 2026

**<u>VIA ECF</u>**

The Honorable Jesse M. Furman, United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   ***U.S. Bank National Association, as Trustee v. 318 East Associates, LLC, et al.*,**
      **<u>Case No. 1:25-cv-06969-JMF</u>**

Dear Judge Furman:

We represent defendants 318 East Associates, LLC ("318 East Associates"), David Amirian, and Eric Brody (collectively, "Defendants") in the above action.

Earlier today, we filed notice of appearances on behalf of Defendant Eric Brody, who recently engaged our firm to represent him in this action. *See* ECF Nos. 78, 79. There is a motion for default judgment pending against Mr. Brody ("Default Motion") and the opposition date is April 27, 2026. *See* ECF No. 72.

We have conferred with counsel for Plaintiff regarding Mr. Brody. Based on this meet and confer, Plaintiff has agreed to (i) vacate the Clerk's certificate of default against Mr. Brody (ECF No. 63), and (ii) amend the pending motion for summary judgment (ECF Nos. 66-70) ("Summary Judgment Motion") against 318 East Associates and Mr. Amirian to include Mr. Brody as a part in that motion. Defendants have agreed to waive any jurisdictional defenses that Mr. Brody would assert in this action, including in response to the amended summary judgment motion.

Based on the Civil Case Management Plan and Scheduling Order (ECF. Nos. 36) that was amended on January 28, 2026 (ECF. No. 47) ("Scheduling Order"), 318 East Associates and Mr. Amirian are scheduled to file an opposition to the Summary Judgment Motion by April 27, 2026 and Plaintiff is scheduled to file a reply 14 days after the filing of any opposition. During the meet and confer, Defendants and Plaintiffs also agreed to briefly extend that schedule subject to approval of the Court.

Therefore, Defendants and Plaintiffs jointly respectfully request that the Court:

- Extend the time for Defendants to respond to the Summary Judgment Motion (and any amended motion for summary judgment) from April 27, 2026 to May 27, 2026.

- Extend the time for Plaintiff to file a reply in support of the Summary Judgment Motion (and any amended motion for summary judgment) from May 11, 2026 to June 12, 2026.

717 Fifth Avenue, 17th Floor, New York, New York 10022
Office: 212-229-0476 - Fax: 212-229-9015 - www.JacobsPC.com

- Extend the time for Mr. Brody to respond to the Default Motion from April 27, 2026 to May 27, 2026.

- Order Mr. Brody to file an answer to the complaint within seven (7) days upon the certificate of default being vacated.

Extension of these deadlines will allow Plaintiff to (i) vacate the certificate of default against Mr. Brody, and (ii) amend the pending Summary Judgment Motion to include Mr. Brody. Further, we respectfully submit that this request is in the interest of judicial economy as it will reduce the number of motions that the Court will need to address. Pursuant to the Court's Individual Rules and Practices in Civil Cases, there is currently no scheduled appearance for the parties.

We thank the Court for its time and consideration. We are available to answer any questions the Court may have.

Respectfully Submitted,

JACOBS P.C.

By: /s/ *Ellen M. Halstead*
    Leo Jacobs, Esq.
    Ellen M. Halstead, Esq.
    717 Fifth Avenue, Floor 17
    New York, New York 10022
    Tel: (212) 229-0476
    Email: leo@jacobspc.com
           ellen@jacobspc.com

*Attorneys for Defendants 318 East Associates, LLC, David Amirian and Eric Brody*

cc: All parties (via ECF)

In light of the parties' agreement, the Clerk of Court is directed to vacate the certificate of default as to Brody. ECF No. 65. Further, Plaintiff's motion for summary judgment is denied without prejudice to renewal against all Defendants. Plaintiff shall file a revised summary judgment motion **no later than May 6, 2026**. Defendants shall file any opposition to that motion **no later than May 27, 2026**. (Such opposition should, ideally, be filed jointly – though the Court will leave it to Defendants to determine if that is feasible.) Any reply shall be filed **no later than June 12, 2026**. There is no need to set a deadline for Brody to respond to the default judgment motion in light of the above; Brody shall file his answer **by May 1, 2026**. The Clerk of Court is directed to vacate ECF No. 65 and to terminate ECF Nos. 66 and 80.

SO ORDERED.

April 24, 2026

-2-