

May 22, 2026

**VIA ECF**

The Honorable Jesse M. Furman, United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:     ***U.S. Bank National Association, as Trustee v. 318 East Associates, LLC, et al.,***
         **Case No. 1:25-cv-06969-JMF**

Dear Judge Furman:

We represent defendants 318 East Associates, LLC, David Amirian, and Eric Brody (collectively, "Defendants") in the above action.

Defendants and Plaintiff have preliminary agreed to a settlement of this action subject to various terms and conditions, including the Court authorizing the Court-appointed receiver, Matthew D. Mason of Hilco Real Estate, LLC ("Receiver"), to sell the property at issue in this foreclosure action, which is located at 316 East 3rd Street, New York, NY 10009 (Block 372, Lot 31) (the "Property").

Based on the Order entered by the Court on April 24, 2026 (ECF No. 81) ("Scheduling Order"), Defendants are scheduled to file an opposition to Plaintiffs' motion for summary judgment (ECF Nos. 84-89) ("Summary Judgment Motion") by May 27, 2026 and Plaintiff is scheduled to file a reply by June 12, 2026.  Given the preliminary settlement described above, Defendants and Plaintiff also agreed to briefly extend that schedule by thirty (30) days subject to approval of the Court.

Therefore, Defendants and Plaintiff jointly respectfully request that the Court:

- Extend the time for Defendants to respond to the Summary Judgment Motion from May 27, 2026 to June 26, 2026.

- Extend the time for Plaintiff to file a reply in support of the Summary Judgment Motion from June 12, 2026 to July 17, 2026.

Extension of these deadlines will allow: (i) the parties to seek Court approval of the sale of the Property, (ii) the parties to finalize papers regarding the settlement, and (iii) prevent the parties from incurring further attorney's fees and costs associated with the Summary Judgment Motion. Further, we respectfully submit that this request is in the interest of judicial economy as the Court will likely not need to address the Summary Judgment Motion once the settlement is finalized.

717 Fifth Avenue, 17th Floor, New York, New York 10022
Office: 212-229-0476 - Fax: 212-229-9015 - www.JacobsPC.com

Pursuant to the Court's Individual Rules and Practices in Civil Cases, there is currently no scheduled appearance for the parties.

We thank the Court for its time and consideration.   We are available to answer any questions the Court may have.

Respectfully Submitted,

JACOBS P.C.

By: /s/ *Ellen M. Halstead*
     Leo Jacobs, Esq.
     Ellen M. Halstead, Esq.
     717 Fifth Avenue, Floor 17
     New York, New York 10022
     Tel: (212) 229-0476
     Email:  leo@jacobspc.com
           ellen@jacobspc.com

*Attorneys for Defendants 318 East Associates, LLC, David Amirian and Eric Brody*

cc: All parties (via ECF)

Application GRANTED.  The Clerk of Court is directed to terminate ECF No. 90.

SO ORDERED.

May 26, 2026

-2-