UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x
                              :

U.S. BANK NATIONAL ASSOCIATION, AS   :
TRUSTEE, AS TRUSTEE FOR THE         :
REGISTERED HOLDERS OF WELLS FARGO  :
COMMERCIAL MORTGAGE SECURITIES, INC. :
MULTIFAMILY MORTGAGE PASS-THROUGH  :
CERTIFICATES, SERIES 2015-K46 ,       :   Civil Action No 1:25-cv-06969-JMF
                              :
               Plaintiff,     :
                              :
        - against -        :
                              :

318 EAST ASSOCIATES, LLC, DAVID     :
AMIRIAN, ERIC BRODY, and "JOHN DOE" NO. :
1 THROUGH "JOHN DOE" NO. 100, the names of :
the "John Doe" Defendants being Fictitious and  :
Unknown to Plaintiff, the Persons and Entities  :
Intended Being Those Who May Be in Possession :
of, or May Have Possessory Liens or Other Interests :
in, the Premises Herein Described,      :
                              :
            Defendants.    :
———————————————————————— x

## CONSENT MOTION TO CONFIRM RECEIVER SALE OF PROPERTY

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law and the exhibits attached thereto, including, without limitation, the Declaration of Matthew D. Mason and the Declaration of Vickram Jambu, each in support of this motion (collectively, the "Moving Papers"), Plaintiff U.S. Bank National Association as Trustee for the Registered Holders of Wells Fargo Commercial Securities, Inc. Multifamily Mortgage Pass-Through Certificates, Series 2015-K46 ("Plaintiff"), Matthew D. Mason of Hilco Real Estate, LLC ("Receiver" and, collectively with Plaintiff), the duly appointed Receiver of the assets of defendant 318 East Associates, LLC ("Borrower"), and Defendants 318 East Associates, LLC, David Amirian, and Eric Brody (collectively, "Defendants" and, together with Plaintiff and Receiver, collectively, the "Movants")

326558790v.1

shall move this Court before the Honorable Jesse M. Furman at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 24B, New York, New York, for an order pursuant to 28 U.S.C. §§ 2001 and 2004, and the Court's equitable authority, granting the motion (the "Motion") to confirm the private sale of that certain real property and improvements located at and commonly known as 316 East Third Street, New York, New York 10009, and more particularly described as Block 372, Lots 31 and 32 on the tax map of the Borough of Manhattan and the County, City, and State of New York (collectively, the "Property").

PLEASE TAKE FURTHER NOTICE that the Agreement for Sale and Purchase of Property ("Agreement") between Receiver and East Village East LLC, a New York limited liability company ("Buyer"), provides for the sale to Buyer of the Property which is currently in the possession and control of the Receiver pursuant to the Order Appointing Receiver dated September 18, 2025 [Dkt. No. 18] (the "Receiver Order").

PLEASE TAKE FURTHER NOTICE that a hearing on approval of the Motion may be scheduled for a date and time to be determined by the Court in the event that there are one or more timely filed objections to the relief sought by the Receiver's Motion. To the extent that there are no timely objections, the Court may enter an Order approving the Motion without holding a hearing.

326558790v.1

Dated:  June 18, 2026
   New York, New York

Respectfully submitted,

**SEYFARTH SHAW LLP**

By: */s/ James S. Yu*
   James S. Yu
620 Eighth Avenue
New York, New York 10018-1405
Telephone: (212) 218-5500
Facsimile: (212) 218-5526
jyu@seyfarth.com
*Attorneys for Receiver*

**ALSTON & BIRD LLP**

By: */s/ Richard J. Galati, Jr.*
  Richard J. Galati, Jr.
  John P. Doherty
90 Park Avenue
New York, New York 10016
(212) 210-9400
richard.galati@alston.com
john.doherty@alston.com
*Attorneys for Plaintiff*

**JACOBS P.C.**

By: */s/ Ellen M. Halstead*
  Leo Jacobs
  Adam Sherman
  Ellen M. Halstead
717 Fifth Avenue, Floor 17
New York, New York 10022
(212) 229-0476
leo@jacobspc.com
adam@jacobspc.com
ellen@jacobspc.com
*Attorneys for Defendants 318 East Associates, LLC, David Amirian and Eric Brody*

3

326558790v.1