UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
                                                        :

U.S. BANK NATIONAL ASSOCIATION, AS      :
TRUSTEE FOR THE REGISTERED HOLDERS OF
WELLS FARGO COMMERCIAL MORTGAGE    :
SECURITIES, INC., MULTIFAMILY MORTGAGE  :         25-CV-6969 (JMF)
PASS-THROUGH CERTIFICATES, SERIES 2015-K46, :
                                           :              ORDER

                     Plaintiff,        :

        -v-                      :

318 EAST ASSOCIATES, LLC et al.,        :

                    Defendants.     :

-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On May 6, 2026, Plaintiff filed a motion for partial summary judgment in this foreclosure action.  *See* ECF No. 84.  Thereafter, on May 22, 2026, the parties communicated to the Court that they had reached a preliminary settlement subject to various conditions, including the Court authorizing the Court-appointed receiver to sell the property at issue in this case.  *See* ECF Nos. 90.  Per the parties' letter, once that settlement is finalized, "the Court will likely not need to address the [s]ummary [j]udgment [m]otion." *Id.* at 1.  The Court subsequently granted the parties' consent motion confirming the receiver's sale of the property.  *See* ECF No. 94.  In light of these developments — and the fact that Defendants have not filed any opposition to the pending summary judgment motion by the Court-ordered deadline of June 26, 2026, *see* ECF No. 91 — Plaintiff's motion for summary judgment is hereby DENIED as moot.  If the parties believe the motion is not moot, however, they may file a letter **no later than May 14, 2026,** indicating as much.  Regardless, **by the same date,** the parties shall file a letter updating the Court on the status of the case and next steps, if any.

      The Clerk of Court is directed to terminate ECF No. 84.

      SO ORDERED.

Dated: July 7, 2026
      New York, New York                    _____
                                         JESSE M. FURMAN
                                     United States District Judge