UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF WELLS FARGO COMMERCIAL MORTGAGE SECURITIES, INC., MULTIFAMILY MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2015-K46,

Plaintiff,

-v-

318 EAST ASSOCIATES, LLC et al.,

Defendants.

25-CV-6969 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

In an Order entered on July 7, 2026 Order, ECF No. 95, the Court directed the parties to file a letter, but it inadvertently set the deadline as May 14, 2026, rather than July 14, 2026. In light of this error, the parties are hereby ordered to file the letter **no later than July 21, 2026.**

SO ORDERED.

Dated: July 16, 2026
New York, New York

JESSE M. FURMAN
United States District Judge