Seyfarth

**Seyfarth Shaw LLP**
620 Eighth Avenue
New York, NY 10018-1405
**T** (212) 218-5500
**F** (212) 218-5526

jyu@seyfarth.com
T (212) 218-5524

www.seyfarth.com

August 25, 2026

**VIA EMAIL AND US MAIL**

The Honorable Jesse M. Furman
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
Ndw York, NY 1007

*Re: U.S. Bank Nat'l Assoc. as Trustee v. 318 East Associates, LLC, et al. Case No. 25-cv-6969-JMF - Receiver Request to Extend Time to File Final Report*

Judge Furman:

Seyfarth Shaw LLP is counsel to Matthew D. Mason, not individually but solely in his capacity as the duly appointed Receiver herein (the "Receiver"). I submit this letter in relation to the joint status letter submitted to the Court by the parties to this litigation. In the letter, the parties informed the Court that the Receiver would be filing his final report later in the month of August to complete the proceedings in this matter.

**Receiver needs additional time to file his final report.** The Property at issue in this action has been liquidated and Receiver has been taking the steps necessary to close all receivership accounts and pending business. One such task was the cancellation of the insurance. However, it is taking time to receive the insurance refunds due as a result of such cancellation.

Receiver is unable to file his final report until all tasks are completed. Receiver hopes to have the funds from the cancellation of the insurance by later September through the middle of October. Receiver will then need approximately 30 to 45 days to complete his final report. Accordingly, Receiver is requesting the Court **extend the deadline for Receiver to file his final report to November 16, 2026.**

Receiver greatly appreciates the Court's accommodation.

Very truly yours,

SEYFARTH SHAW LLP

*/s/ James S. Yu*

James S. Yu

Application GRANTED. The Clerk of Court is directed to terminate ECF No. 102.

SO ORDERED.

August 25, 2026

AED
cc: Via CM/ECF
All parties of record